UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUITY GROWTH ASSET MANAGEMENT,

        Plaintiff,

    v.

WILFRED SHAW,

        Defendant.

Case No. 17-cv-05441-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**

Re: Dkt. No. 8

    The court has reviewed Magistrate Judge Beeler's Report and Recommendation to Remand this state-law unlawful detainer action to the Superior Court of California for the County of San Mateo. Dkt. No. 8. No objections were filed within the specified time frame. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is REMANDED to the Superior Court of California for the County of San Mateo.[1]

    **IT IS SO ORDERED.**

Dated: November 6, 2017



William H. Orrick
United States District Judge

---

[1] The adoption of the Report and Recommendation moots plaintiff's separate Motion to Remand. Dkt. No. 15. That motion is terminated as moot and the hearing set for November 8, 2017 is VACATED.